Case No. 10-5790 /10-6368

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

WILLIAM DAVID BURNSIDE

    Plaintiff - Appellant

v.

T. WALTERS; HICKS; MONTGOMERY; CYNTHIA MAGELLON PULJIC; YMCA OF MEMPHIS & MID-SOUTH, A Domestic Tennessee Corporation

    Defendants - Appellees

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

Issued: February 22, 2011