**Supreme Court of the United States**

*No.* 12-7892

FILED
JUL 5 2013
DEBORAH S. HUNT, Clerk

WILLIAM DAVID BURNSIDE,

Petitioner

v.

T. WALTERS, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion of petitioner to remand is granted. The petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *LaFountain* v. *Harry,* No. 11-1496, 2013 WL 2221569 (CA6, May 22, 2013).

June 3, 2013

A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: [signature]